IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KELVIN RICARDO MOLINA MORILLO, | Civil No. 3:18-cv-412 |
| Petitioner | (Judge Mariani) |
| v. | |
| CRAIG A. LOWE, | |
| Respondent | |

## ORDER

**AND NOW**, this \_\_\_\_ day of May, 2018, upon consideration of the petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241 (Doc. 1), and for the reasons set forth in the Court's memorandum of the same date, **IT IS HEREBY ORDERED THAT**:

1. The petition for writ of habeas corpus (Doc. 1) is **DENIED** without prejudice.

2. The Clerk of Court is directed to **CLOSE** this case.

Robert D. Mariani
United States District Judge