IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KELVIN RICARDO MOLINA MORILLO, | : | Civil No. 3:18-cv-412 |
| Petitioner | : | (Judge Mariani) |
| v. | : | |
| CRAIG A. LOWE, | : | |
| Respondent | : | |

**ORDER**

**AND NOW**, this _____ day of August, 2018, upon consideration of the petition for writ of habeas corpus, and for the reasons set forth in the Court's Memorandum of the same date, **IT IS HEREBY ORDERED THAT**:

1. The petition for writ of habeas corpus (Doc. 1) is **DISMISSED** as moot.

2. Petitioner's motion (Doc. 12) for reconsideration of the Court Order denying the habeas petition is **DISMISSED** as moot.

Robert D. Mariani
United States District Judge